

**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number:  07-61042-CIV-MORENO**

LAVOIELE CHAM, and other similarly-situated
individuals,

       Plaintiffs,

vs.

CONCEPT LAS PALMAS, L.L.C.,

       Defendant.

_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE came before the Court upon Plaintiff's Motion for Clerk's Entry of Default **(D.E. No. 11)**, filed on **February 13, 2008**, and the Court's Default Judgment Procedure Order **(D.E. No. 10)** filed on **February 8, 2008**.

THE COURT has considered the motion and the pertinent portions of the record, and is otherwise fully advised in the premises.  A default has been entered against Defendant **Concept Las Palmas, LLC** for failure to answer or otherwise plead to the Summons and Complaint served by Plaintiff.  Counsel for Plaintiff shall file an Affidavit with the Court as to the amount due from Defendant **Concept Las Palmas LLC**.  Accordingly, it is

**ADJUDGED** that the Motion for Default Judgment is **GRANTED**.  Judgment is hereby entered in favor of Plaintiff LAVOIELE CHAM, and other similarly-situated individuals and against Defendant CONCEPT LAS PALMAS, L.L.C..  It is further

**ADJUDGED** that Plaintiff shall file an affidavit with the Court by no later than **February 29, 2008** indicating what damages are due from Defendants.  It is further

**ADJUDGED** that all pending motions are DENIED as moot and this case is closed.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of February, 2008.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel and Parties of Record